UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

CHAD JOSEPH NADER
REBECCA LYNN NADER                                    CASE NO.: DG09-04594
                    Debtors/

JEFF A. MOYER, Trustee
                    Plaintiff/
V                                                     ADV. NO.: 09-80350

GRAHAM NADER
ROGER G. COTNER
CHAD NADER
REBECCA NADER
                    Defendants/

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

Please take notice that a telephonic status conference will be held May 24, 2010 at 11:00 a.m. before the Hon. Scott W. Dales.

Parties are to dial (866)512-0802 and reference Conference ID 76345083 to participate in the conference.

**PLEASE TAKE NOTICE that the telephonic hearing may be recorded from the moment the first participant gets on line, even if an operator or the court fails to announce the commencement of recording.**

Notice forwarded to bnc for service.(May 17, 2010-jm)

May 17, 2010                          DANIEL M. LAVILLE
                                      CLERK OF BANKRUPTCY COURT
                                              /s/
                                      BY: Jackie Malone, Deputy Clerk

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above matter on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.